In the Matter of LAVOUNTAE A. and Others, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; LATICIA A., Appellant.

Submitted March 9, 2009; decided March 26, 2009

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO CASTELLANO, Also Known as ROBERTO CASTELAN, Appellant.

Submitted January 12, 2009; decided March 26, 2009

Motion for reargument denied [see 11 NY3d 850 (2008)].

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE DAVIS, Appellant.

Submitted March 9, 2009; decided March 26, 2009

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. FELTON, Appellant.

Submitted March 23, 2009; decided March 26, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.